RECEIVED
IN LAFAYETTE, LA.

MAR 0 9 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CLAUDETTE M. JACOB | * | CIVIL ACTION NO. 09-1684 |
| VERSUS | * | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** the Commissioner's motion to dismiss [rec. doc. 8] is **GRANTED**, and that this matter is **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 8 day of March, 2010

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 3/9/10
BY: CAS
TO: RFD
      cg